# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA H. OLEA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00876-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 13) |

On January 6, 2022, the parties submitted a stipulated request for a sixty-day extension of time to extend Plaintiff's deadline to file an opening brief from January 14, 2022 to March 15, 2022. (ECF No. 13.) This is Plaintiff's first request for an extension. Plaintiff's counsel proffers an extension is required because counsel is currently attending to a family emergency in Houston, Texas, in which counsel's father is gravely ill with Leukemia and counsel is a principal caregiver. (Id.) Additionally, counsel has limited access to her computer and seeks additional time to brief the instant matter upon her return to California. (Id.) The Court finds good cause exists to grant the request.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until March 15, 2022, to file her opening brief; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 6, 2022**

UNITED STATES MAGISTRATE JUDGE