# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA H. OLEA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00876-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF Nos. 3, 18) |

　　　　On April 12, 2022, the parties submitted a stipulated motion to modify the scheduling order, in which the parties seek to extend Defendant's deadline to respond to the opening brief for thirty days, from April 14, 2022, to May 16, 2022.  (ECF No. 18.)  The parties proffer this is Defendant's first request for an extension but do not specifically make any further showing of good cause.  This is possibly in reliance of the provision in the Court's June 3, 2021 scheduling order that "[t]he court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties.  Court approval is not required for this extension."  (See ECF No. 3 ¶ 12.)  However, the Court notes the parties also requested and received an extension to file Plaintiff's opening brief.  (See ECF Nos. 13, 14.)  Therefore, any additional reliance on the "single thirty (30) days extension" provision is unavailing.  Further, the parties are reminded that requests to modify the briefing schedule in this matter will not routinely be granted, but must be made by written motion and will only be granted for good cause.  (Id. at ¶¶ 13–14.)

1

Nevertheless, the Court shall grant the parties' stipulated motion in this instance and modify the schedule to extend the deadline for Defendant to file a response to the opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall have until **May 16, 2022**, to file a response to Plaintiff's opening brief; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 3) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **April 12, 2022**

UNITED STATES MAGISTRATE JUDGE